AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**FILED**

## UNITED STATES DISTRICT COURT
for the

FEB 1 8 2021

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Robert Ware
_Petitioner_

v.

Case No. 21-cv-1063
_(Supplied by Clerk of Court)_

Jon Sandage
_Respondent_
(name of warden or authorized person having custody of petitioner)

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Robert W. Ware
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: McLean County
   (b) Address: 104 W Front St Bloomington IL, 61701
   (c) Your identification number: 130261083

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☒ Other (explain): I'm post conviction detainee, my sentence of 4 years and 1 year parole was served. Appellete court over turned my conviction and repremanded back to the Trial court.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

    ☒ Pretrial detention

    ☐ Immigration detention

    ☐ Detainer

    ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

    ☐ Disciplinary proceedings

    ☐ Other *(explain)*: The Court put a 100,000 $ Bond after sentence was over turned by Appellete court. I never recieved a notice to appear and I'm pro'se on the case. Now I'm being held on warrant and no court apperances.

6. Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: Woodford County in Eureka, Illinois

    (b) Docket number, case number, or opinion number: 17CF104

    (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
    I'm being held with no court apperances after the warrant was issued 10-8-2020 I've put in motion 4 a writ to dismiss Now I'm Just being held

    (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ☒ Yes    ☐ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: Illinois Appellant court

    (2) Date of filing: 12-2017

    (3) Docket number, case number, or opinion number: No. 4-18-0138

    (4) Result: Sentence Reversed and remanded

    (5) Date of result: 10-8-2020

    (6) Issues raised: No Self Defence Instruction, ineffective Counsil.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?

    ☐ Yes      ☒ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes      ☒ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☑ Yes  ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes  ☑ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes  ☑ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes      ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes      ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes      ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes      ☐ No

If "Yes," provide:

    (a) Kind of petition, motion, or application: motion to dismiss, to writ,
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: 12-20-2020
    (d) Docket number, case number, or opinion number: 17 CF 104
    (e) Result: NO Response
    (f) Date of result: _____
    (g) Issues raised: I'm being held on a Class 3 felony with Sentenced already been Served on a 100,000 $ bond. I've been given no court apperances even though I'm a pro'se detainee and my institution thats holding me informed you of my Capture. I've put in a motion to recall warrant nothing was even heard. I've put in motions to Dismiss never been heard I'm just being held with no bond reduction after I've motioned for a bond reduction!

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** I've had a warrant issued since 10-8-2020 No notification of court appearances even while I was a pro'se defendant

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I'm pro se defendant I should be given all notifications of my court appearances or any action taken in my case

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:** my bond is 100,000 on a class 3 felony I think thats essesive

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I've already served the time the judge sentence me. I put in for the appeal my self I'm not a flight risk. Under the PSA new guidelines.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** I've was given the same public defender I dismissed with out me asking or with out my court appearance in the case

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
My sister called to find out about the warrant and why it was issued and she was told my attorney was Andy Lancton. The same Andy Lancton I dismissed for not filing any motions in pre trial or post trial.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** I havent heard anything from any public Defender Since I've Been set for a retrial and given a public Defender against my will.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I have a right if I'm given Council even without my wanting one to have a effective one who speaks or writes me its been over 4 months and no Contact what so ever in over the 120 days for Trial.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: to Be released all charges dropped erased from my record.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 2-9-21

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 2-9-21

Signature of Petitioner

Signature of Attorney or other authorized person, if any