Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Robert Ware** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| vs. | )   Case Number: 21-cv-1063 |
| | ) |
| **Jon Sandage** | ) |
| | ) |
| **Respondent.** | ) |

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner Robert Ware's petition under 28 USC § 2241 is dismissed without prejudice.

**Dated: 4/8/2021**

                                                        s/ Shig Yasunaga
                                                        Shig Yasunaga
                                                        Clerk, U.S. District Court

    /s/JES